Clerk's Office
Filed Date: 11/17/21
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------- x

PIERCE MCCAFFREY,

                            Plaintiff,

      -against-

CITY OF NEW YORK, POLICE SERGEANT
CHRISTOPHER SHEA, POLICE OFFICER JAMES
CARAVELLO, POLICE OFFICER PETER CIAPPA,
POLICE OFFICER MICHAEL YEN, POLICE OFFICER
RICHARD FUENTES,

                                          Defendants.
------------------------------------------------------------------------------- x

**STIPULATION AND
ORDER OF DISMISSAL**

21-CV-1988 (MKB) (JRC)

        **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that

        1.    The above-referenced action is hereby dismissed with prejudice; and

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to retain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
     November 9, 2021

| | |
|---|---|
| CUTI HECKER WANG LLP<br>*Attorneys for Plaintiff*<br>305 Broadway, Suite 607<br>New York, New York 10007<br>(212) 620-2608<br><br>By: _____<br>    Heather Clare Gregorio<br>    *Attorney for Plaintiff* | GEORGIA M. PESTANA<br>Corporation Counsel of the<br>    City of New York<br>*Attorney for Defendant City of New York*<br>100 Church Street, 3rd Floor<br>New York, New York 10007<br><br>By: _____<br>    Erin Ryan<br>    *Senior Counsel* |
| WORTH, LONGWORTH AND LONDON LLP<br>*Attorneys for Defendants Ciappa, Caravello, and Yen*<br>111 John Street, Suite 640<br>New York, New York 10038<br><br>By: _____<br>    Doug LaBarbera<br>    *Attorney for Defendants Ciappa,*<br>       *Caravello, and Yen* | THE QUINN LAW FIRM<br>*Attorneys for Defendant Shea*<br>399 Knollwood Road, Suite 220<br>White Plains, New York 10603<br><br>By: _____<br>    Marykate Acquisto<br>    *Attorney for Defendant Shea* |

SO ORDERED:

    s/ MKB
HON. MARGO K. BRODIE
UNITED STATES DISTRICT JUDGE

Dated: November 16, 2021